UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JESENIA QUINONES,
                     Plaintiff,

        -against-

CONSOLIDATED EDISON COMPANY OF
NEW YORK, INC.,
                     Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2019

19 Civ. 5783 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference was held on November 19, 2019. It is hereby

**ORDERED** that, as discussed at the conference, the parties shall informally exchange any documents pertaining to the issues in this case that they have not already exchanged by **December 10, 2019,** in anticipation of settlement discussions. It is further

**ORDERED** that, because the parties stated at the conference that they prefer a settlement conference before Judge Moses over a mediation, the mediation referral order at Dkt. No. 5 is suspended. A settlement referral to Judge Moses will follow separately.

The case management plan setting out discovery deadlines will also follow separately. The parties are reminded that settlement discussions do not stay case deadlines.

The Clerk of Court is respectfully directed to transmit a copy of this Order to the Mediation Program.

Dated: November 19, 2019
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**