UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JESENIA QUINONES,                                           :
                                        Plaintiff,          :
                                                            :    19 Civ. 5783 (LGS)
                -against-                                   :
                                                            :    ORDER
CONSOLIDATED EDISON COMPANY OF                              :
NEW YORK, INC.,                                             :
                                        Defendant.          :
                                                            :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/22/2019

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order at Dkt. No. 17 removed the mediation referral in this case, because the parties stated that they preferred a referral for settlement conference before Judge Moses;

WHEREAS, after the removal of the mediation referral, pro bono counsel Philip Barber entered a notice of limited appearance to represent *pro se* Plaintiff in a mediation. It is hereby

**ORDERED** that, if Mr. Barber is instead amenable to representing Plaintiff in the settlement conference, he shall file a notice of limited appearance **by December 2, 2019**. Because Mr. Barber is not on the docket, the Court will transmit a copy of this Order by e-mail at this time to pbarber@nylag.org. Plaintiff is advised of Mr. Barber's contact information below:

    Philip Barber
    NYLAG Clinic for Pro Se Litigants
    Room LL22, 40 Foley Square
    New York, NY 10007
    Phone: 212.659.6194
    Fax: 212.714.2050
    Email: pbarber@nylag.org

Dated: November 22, 2019
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**