USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/23/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
: 
JESENIA QUINONES, :
                       Plaintiff, :
: 19 Civ. 5783 (LGS)
    -against- :
: ORDER
CONSOLIDATED EDISON COMPANY OF :
NEW YORK, INC., :
                     Defendant. :
:
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Case Management Plan at Dkt. No 19 requires the parties to file a joint status letter by January 20, 2020. The parties did not timely file this letter. It is hereby

    **ORDERED** that the parties shall file the joint status letter by **January 29, 2020**. Continuing failure to comply with Court orders may result in sanctions.

Dated: January 23, 2020
       New York, New York

                                                  _____
                                                  LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE